UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEANNETTE WHITEHEAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12 CV 1259 CDP |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff seeks fees in the amount of $5,679.36, plus the filing fee of $350.00. Defendant does not object to the request for fees and costs.

On July 8, 2013, I reversed the decision of the Commissioner and remanded the case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees and costs, I find plaintiff[1] is entitled to an award in the amount requested. I also find that plaintiff is entitled to recover the filing fee as a

---

[1] The fees are payable to plaintiff, not plaintiff's attorney. See Astrue v. Ratliff, 130 S. Ct. 2521, 2524 (2010).

cost, and that cost should be paid from the Judgment Fund administered by the United States Treasury.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#17] is granted, and defendant shall pay plaintiff $5,679.36 in attorney's fees, and plaintiff shall recover costs in the amount of $350.00 from the Judgment Fund administered by the United States Treasury.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of September, 2013.